UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| Steve Keith ) | |
| ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | NO. 3:14-1053 |
| ) | JUDGE TRAUGER |
| ) | |
| Brand Imaging Group/Fast Signs ) | |
| ) | |
| Defendant ) | |

ENTRY OF JUDGMENT

     Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 6/13/14.

KEITH THROCKMORTON, CLERK
s/Althea F. Straughter, Deputy Clerk